**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1218**

───────────

WILLIAM STRASBURG,

        Plaintiff - Appellant,

     v.

H. A. BULL, Fairfax County Police Officer,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:24-cv-01174-MSN-IDD)

───────────

Submitted:  August 28, 2025                     Decided:  September 2, 2025

───────────

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William Strasburg, Appellant Pro Se.  Kimberly Pace Baucom, Assistant County Attorney, FAIRFAX COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Strasburg appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint and denying his motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Strasburg v. Bull*, No. 1:24-cv-01174-MSN-IDD (E.D. Va. Dec. 11, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*